■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTOINE DAVIS, Appellant. [711 NYS2d 925] —Judgment unanimously reversed on the law and new trial granted. Memorandum: After the jury commenced deliberations, an alternate juror replaced a juror who was unable to continue serving because of illness. Because defendant did not consent in writing to the replacement, reversal is required (see, CPL 270.35 [1]; *People v Page,* 88 NY2d 1, 3). We reject the People's contention that defendant was required to preserve the error for our review by timely objecting to the replacement. Preservation is not required because the error is one that affects " 'the mode of proceedings prescribed by law' " (*People v Ahmed,* 66 NY2d 307, 310, *rearg denied* 67 NY2d 647, quoting *People v Patterson,* 39 NY2d 288, 295, *affd* 432 US 197).

We reject defendant's contention that the evidence of intent is legally insufficient to support the conviction of assault in the first degree (Penal Law § 120.10 [1]). In view of our decision, we do not address defendant's remaining contention. (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.— Assault, 1st Degree.) Present—Pigott, Jr., P. J., Green, Wisner and Hurlbutt, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID SEAY, Appellant, v M. McCARTHY GIPSON, as Superintendent of Erie County Holding Center, et al., Respondents. [711 NYS2d 818] —Judgment unanimously affirmed without costs (see, *Matter of Bennett v Kelly,* 251 AD2d 776, *lv denied* 92 NY2d 811). (Appeal from Judgment of Supreme Court, Erie County, Kane, J.—Habeas Corpus.) Present—Pigott, Jr., P. J., Green, Wisner and Hurlbutt, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER HILL, Appellant. [711 NYS2d 376] —Judgment unanimously affirmed (see, *People v Lococo,* 92 NY2d 825, 827). (Appeal from Judgment of Erie County Court, Rogowski, J.— Criminal Possession Weapon, 3rd Degree.) Present—Pine, J. P., Hayes, Scudder, Kehoe and Lawton, JJ.